**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10998**

## ORDER

We **DENY** as moot appellant's March 3, 2014 motion for an extension of time to file a reply brief. By order dated, March 4, 2014, the Court granted appellant's February 27, 2014 motion for an extension and ordered the reply brief filed as of the date of that order.

/s/　　ADA BROWN
　　　　JUSTICE